Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

---

In Re: Charles E. Hammond
　　　　Tammy M. Hammond
　　　　　　Debtor(s)

SSN/TAX ID:
　　xxx–xx–8001
　　xxx–xx–3682

Case No.: 3:10–bk–36984

Chapter: 13

Judge: Lawrence S. Walter

---

# NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Capital One NA for the transfer of a claim originally filed by HSBC Bank Nevada NA.

The transfer/assignment designates Capital One NA as the transferor and HSBC Bank Nevada NA as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is November 21, 2012. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: October 31, 2012

　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　Kenneth Jordan
　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court